# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO. 3:03mj11

MICHAEL DONALD WIGGINS

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   July 14, 2008
Type of Motion/Pleading: Motion for Order of Dismissal
Filed by: USA                  on 7/11/08      Document  3
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

                                                 WILLIAM M. McCOOL, CLERK OF COURT

                                                 /s/ Joanne Ahr
                                                 Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this __14th__ day of July 2008, that:

(a)   The requested relief is GRANTED.
(b)   _____

                                                 /s/ Miles Davis
                                                 MILES DAVIS
                                                 UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 7-15-08  By: KW
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Morrow

                           Document No.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 JUL 14 PM 2:47

FILED